IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:10CR251 |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | AND |
| OSCAR GONZALEZ-MILANEZ, | ) | ORDER |
| Defendant. | ) | |

At the conclusion of the hearing on September 8, 2010, on the defendant's motions to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, United States District Judge, that the motions to suppress, Filing Nos. 22 and 24, be denied.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.
2. Pursuant to NECrimR 59.2 any objection to this Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after the transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 8th day of September, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge