# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR251** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **OSCAR GONZALEZ-MILANEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 34).  No objections have been filed.  Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their its entirety.

IT IS ORDERED:

1.   The Magistrate Judge's Findings and Recommendation (Filing No. 34) are adopted in their entirety; and

2.   The Defendant's motions to suppress (Filing Nos. 22 and 24) are denied, in accordance with the Findings and Recommendation.

DATED this 5th day of October, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge